COLLINS, Plaintiff and Respondent, vs. LADWIG, Defendant and Respondent: VEES and another, Appellants.

662

For the appellants: *Dougherty, Arnold & Kivett* of Milwaukee.

For the respondent Mary Collins: *Tibbs & Tibbs* and *Walter W. Rockteschel,* all of Milwaukee.

For the respondent Edward J. Ladwig: *Edward G. Minor* of Sturgeon Bay.

*By the Court.*—Judgment affirmed.